Cobbett v. Isovolta Inc. 1:08-cv-223

Statement of Jurisdiction
— And —
Statement of Claim

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2008 OCT 23 AM 10:29
BY _____
DEPUTY CLERK

I'm a disabled (physical not mentally) who after several attempts finally got hired at Isovolta. I applied w/a black male and was chosen, there were no other blacks in their employ. When you started a machine you'd just be standing around. I shadowed a person being trained and if I didn't do what I was supposed to do neither did he! I did exactly as he instructed. I read the training manual when the machine was operating as instructed. There were several (at least 4 times the machine broke down, we'd go to a more complicated machine and resume work. They didn't follow their own rules that one required 2 wks minimum. The other 3 wks. (training) I was there only 1 wk and there was only 1 full day that I was able to train without the machine breaking down. I asked many questions (as one should) I verified what I needed clarified, that's not the same as being told over & over. Training means getting to know + asking questions, finding out. By the end of the wk. I took the training assessment sheet & the manual and checked off what I knew & didn't need to know. And said Now I want to demonstrate with you the manual + written and I think I'll have it down. The machine broke down — I was moved to another machine to be trained differently by another person. I asked to practice as I did with Joe the previous trainer but he never did let me. Courtney left me and I tried to operate the machine, I did their "troubleshooting thing" and it didn't work and I was unable to mount the machine — the roll tilted and started to fall, I caught it and in that impulse I got injured (a hematoma on my thigh). I healed in a month. Monday I came to work I was given safety videos on chemicals only — they should've been given prior in my orientation. Later that day I was injured — the next day they fired me and after all of them had gone to the machine of my accident reenacting what had happened. They lied that they had no knowledge of it. They treated me like I was stupid and in comparison to them & the people in the bldg. None of them were obviously of my human or intellectual quality.

After I filed a Complaint out(?) it came all kinds of Insults like what racist people think of blacks... unable to learn. Belligerent and of poor conduct, Unenthused stupid ("A child could get it") They didn't have to take it that far. They had "at will" employment rules. They didn't let me have "on hands" training nor the required minimum training for each machine & they blamed me for not being trained. Makes no sense! I didn't ever take breaks and did whatever in the interim showing enthusiasm. I was never late, they said I was. I was excused my first day (I had a car accident) they told me when I called in "No problem!" It was a union job they didn't sign me as part of it, they didn't want me there and as opposed to Not hiring me at all (like discriminating) they hired me & made up excuses to be rid of me. I got Injured as a result of Not being trained as it was Required.

The Attorney Generals Office gave the charge as a Racial Discrimination (I didn't) I wanted it to be a Wrongful discharge. or ~~scribbled out~~ Their Perceived Disability assuming I was Mentally Incapable of following instructions as Implied. I don't present myself nor am I a stupid person. I'm more intelligent than Most I've met in Rutland so they had to be trying to Insult me or break my confidence. "It made no sense."

The charge would be; Racial Profiling, personal Injury of a person w/Disability, wrongfully discharged?

While my Injury isn't Permanent (The Nerve gets massaged and there is relief on my legs) I did get Injured on their premises trying to Avert an accident operating a Machine alone when I shouldn't have been doing so according to their training rules. They didn't allow me to train & terminated me for not being trained.

① I'm Seeking payment of atleast the minimum training wages for 2 months. @ $12.75 hr. in their employ.

② $2500 for my Injury

③ $750 each From my immediate supervisors for Insulting me.. "A Child Could get It!" their implied Stupid (rationalizing their excuse for terminating me.

No retaliation or bad reference here after.

✱ Will the Court Do This For Me? Thank you,

Lyndia Cobbeat, "Pro SÉ"

Statement of Relief